# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL WELDON,<br><br>    Plaintiff,<br><br>  v.<br><br>JONATHAN NICHOLAS KAPETAN,<br>FRESNO SUPERIOR COURT<br>DOES 1-100,<br><br>    Defendants. | **Case No. 1:17-cv-01536-LJO-SKO**<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS***<br><br>**(Doc. 2)** |

Plaintiff Paul Weldon, proceeding pro se, filed a complaint on November 17, 2017 (Doc. 1), along with an application to proceed *in forma pauperis*. Plaintiff's application demonstrates entitlement to proceed without prepayment of fees. Accordingly, IT IS HEREBY ORDERED that Plaintiff's application to proceed *in forma pauperis* is GRANTED.

Notwithstanding this order, the Court does not direct that new case documents issue until the Court reviews Plaintiff's complaint.

IT IS SO ORDERED.

Dated:   **November 21, 2017**           /s/ *Sheila K. Oberto*
                                                         UNITED STATES MAGISTRATE JUDGE