# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL WELDON,<br><br>         Plaintiff,<br><br>   v.<br><br>JONATHAN NICHOLAS KAPETAN, *et al.*,<br><br>         Defendants. | **Case No. 1:17-cv-001536-LJO SKO (PC)**<br>**Appeal No. 18-16000**<br><br>**ORDER DENYING MOTION FOR RECONSIDERATION**<br><br>(Doc. 20) |

    Plaintiff, Paul Weldon, is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983 ("Section 1983"). On May 9, 2018, the Court dismissed the action without leave to amend. (Docs. 10 & 11) Plaintiff filed a notice of appeal on May 30, 2018 (Doc. 15), and on June 1, 2017, the United States Court of Appeals for the Ninth Circuit referred the matter to this court for a determination, under Federal Rule of Appellate Procedure 24(a)(3)(A), whether the appeal is frivolous or taken in bad faith (Doc. 18).

    On June 11, 2018, the Court ruled that the appeal was not taken in good faith because it did not demonstrate any legitimate grounds for appeal. (Doc. 18.) On July 10, 2018, Plaintiff filed a motion for reconsideration of the Court's June 11, 2018 order. (Doc. 20.) The Court has reviewed the motion and finds it without merit, having raised no arguments or facts that would call into question the Court's finding that the appeal is frivolous. Therefore, the motion for reconsideration is DENIED.

IT IS SO ORDERED.

    Dated: **July 13, 2018**                          /s/ Lawrence J. O'Neill
                                                        UNITED STATES CHIEF DISTRICT JUDGE